Filed 11/24/25  P. v. Serranosliva CA4/1
## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>JULIO SERRANOSLIVA,<br><br>    Defendant and Appellant. | D084623, D084624<br><br><br>(Super. Ct. Nos. SCD300164, SCD300642) |

CONSOLIDATED APPEALS from a judgment of the Superior Court of San Diego County, Dwayne K. Moring, Judge.  Affirmed.

Stephanie L. Gunther, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

This appeal is from judgments in two cases which have been consolidated in this appeal.

In case No. SCD300642, appellant entered into a plea agreement in which he pleaded guilty to assault with a deadly weapon (Pen. Code,[1] § 245,

---

[1]    All statutory references are to the Penal Code.

subd. (a)(l)) and admitted the on-bail enhancement. He was sentenced to a suspended five-year term subject to completing a residential treatment program.

In case No. SCD300146, Appellant pleaded guilty to assault and one count of misdemeanor criminal threats Appellant failed to complete his residential treatment program. His motion to relieve counsel under *People v. Marsden* (1970) 2 Cal.3d 118 was denied. Appellant was sentenced to prison.

Appellant filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record for error as mandated by *Wende*. We offered Appellant the opportunity to file his own brief on appeal, but he has not responded.

Appellate counsel has provided a brief but useful summary of the facts involved in the cases which make up this judgment. We will incorporate it into this opinion for background information.

## STATEMENT OF FACTS

### Case No. SCD300164

On September 25, 2023, appellant struck the victim's car causing the tires to deflate. The victim chased appellant, who in turn hit the victim in the head with a metal object. While being transported to the jail, appellant violently kicked the backseat of the patrol vehicle.

### Case No. SCD300642

On August 12, 2023, appellant approached two men and asked them if they wanted to fight. Although they both replied that they did not want to fight, appellant hit one of the men in the face. Appellant then took a

pocketknife out and told them he was going to kill them. Appellant chased the men and then stopped and began stabbing the tires of the vehicle.

On September 9, 2023, appellant contacted a woman in a parking lot and threatened to kill her. Later that day, appellant threatened the same woman and her brother in the alley behind their house. He swung a baseball bat at them and nearly struck the female. The two men struggled and the male victim obtained the baseball bat and struck appellant in the arm with it.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738, counsel has identified a potential issue that was considered in evaluating the potential merits of this appeal: Whether the court erred in denying appellant's *Marsden* motion on August 8, 2024.

We have independently reviewed the record for error as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented appellant on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, J.*

WE CONCUR:

DO, Acting P. J.

KELETY, J.

---

*       Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.